628

UNITED STATES of America,
Plaintiff–Appellee

v.

Clinton JENNINGS also known as,
Gato also known as, Blacc Gato,
Defendant–Appellant.

No. 04–10821.

United States Court of Appeals,
Fifth Circuit.

Decided March 22, 2005.

Michael Gill, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the appellee's unopposed motion to vacate sentence and remand for resentencing is granted.